EXHIBIT 1

## WRITTEN CONSENT BY THE MAJORITY OF THE MEMBERS

## MEMBER RESOLUTION

This WRITTEN CONSENT BY THE MAJORITY APPROVAL OF THE MEMBERS of GFC HOLDINGS LLC is made as of the 13th day of June**,** 2025 (the "Effective Date") by and among the entities and the persons whose signatures appear on the signature page hereof as the "Members", and each individually, a "Member", who represent the Majority Approval of the Members and holders of a majority of Common and Series A Preferred Units voting together on an as-converted basis outstanding of GFC HOLDINGS LLC., a limited liability company organized and existing under the laws of the Commonwealth of Puerto Rico (the "Company").

**WHEREAS**, the Company operates pursuant to that certain Second Amended and Restated Limited Liability Company Agreement dated as of October 20, 2021, as amended by that First Amendment to the Second Amended and Restated Operating Agreement made as of May 22, 2023, and the Second Amendment to Second Amended and Restated Operating Agreement dated as of August 25, 2023, (collectively, the "Operating Agreement").

**WHEREAS**, on May 26, 2025, Olmar López Gómez transferred all of his 3,037,500 Class A Common Units in the Company to Olmar López Vidal, his son, as a Permitted Transfer under Section 10.1 of the Operating Agreement, executed through a notarized deed in San Juan, Puerto Rico, and accompanied by a joinder agreement signed by Olmar López Vidal, increasing his ownership to 7,762,500 Class A Common Units,

**WHEREAS**, the Company is facing critical issues given the improper written consent of the Board of Managers of GFC (the "Board") dated January 31, 2025, and improper closing of the Asset Acquisition Agreement on February 7, 2025, involving the transfer of substantially all of the assets of Biomass Green Fuels LLC ("BGF") to Humacao RNG, L.L.C.

**WHEREAS**, the Company is facing critical issues due to its defaulted loan under its main credit facility with Banco Popular, which has been acquired by Humacao RNG, L.L.C.**,** and which loan purports to continue to impose financial obligations on the Company and its Members.

**WHEREAS**, the Company is seeking to protect its rights and properly recover the value of its business and assets**,** and the Majority of Approval of the Members have determined that it is in the Company's best interests to enter into legal action to do so**,** consistent with the fiduciary duties of the Board of Managers under 14 L.P.R.A. § 3965 to act in the best interests of the Company and all its Members.

**WHEREAS**, the Company is seeking to ensure that the best interests of the Company, its Unitholders**,** and the Majority of the Members desire to provide proper standards of conduct and are properly represented by Managers who are not conflicted in their actions.

**WHEREAS**, based on the Third Amendment adopted concurrently herewith, the Majority Approval of the Members appoints new Managers.

1

**WHEREAS**, pursuant to Section 11.3 and Section 4.2f of Article IV of the Operating Agreement as amended in the Second Amendment of 25th August, 2023, the Operating Agreement may be amended by the written approval of the Majority Approval of the Members and the holders of a majority of the Series A Preferred Units then outstanding, on an as-converted basis, which pursuant to this vote and Written Consent and Third Amendment to the Operating Agreement, have determined to address the aforementioned issues and situations severely affecting the viability of the Company and its subsidiary, Biomass. The signatories hereto, holding 55.468% of the total voting Units on an as-converted basis, as detailed in Exhibit A, meeting the Majority Approval requirement.

NOW, THEREFORE, in consideration of the foregoing, the parties hereto representing a Majority Approval of the Members have voted on this date that the Company will:

1. Enter into a Third Amendment to the Second Amended and Restated Operating Agreement of GFC Holdings LLC, which has been subscribed to this day by a Majority of the Members on an as-converted basis.
2. Authorize the Company to withdraw its Motion to Dismiss in Case No. 3:22-cv-01190 (GMM).
3. Require Attorney Roberto Abesada to withdraw forthwith from his representation of the Company in the litigation Case No. 3:22-cv-01190 (GMM).
4. Engage Becker Vissepo to represent the Company in 22-1190 (GMM)
5. Join in the litigation 24-1569 (PAD)
6. Engage Becker Vissepo to represent the company in 24-1569(PAD).
7. Remove, with immediate effect, Alexander Borschow as the Authorized Signatory of GFC Holdings for the Board of Managers, and from acting on behalf of it, or Biomass Green Fuels in any contracts, agreements, and from operating any bank accounts or in any of its affairs, due to breaches of fiduciary duties pursuant to Section 6.7, and under 14 L.P.R.A. § 3965.
8. Order Alexander Borschow to immediately turn over to the Company, care of the new Authorized Signatory, all Company information, records of meetings, board meetings, contracts, and documents relating to GFC and Biomass Green Fuels within five (5) business days.
9. Appoint Jonathan Lassers as the Authorized Signatory for GFC Holdings and for Biomass Green Fuels, pursuant to Section 6.8.

IN WITNESS WHEREOF, the Majority Approval of the Members, voting on an as-converted basis, hereby approve and ratify the Written Consent as of the date written above.

**Signature Page and Attachments A, B, C to follow:**

2

**AGREED AND ACKNOWLEDGED BY:**

_____

Olmar López Vidal

**Units: 7,762,500 (32.231%)**

_____

Gregory Boyd

**Units: 4,252,500 (17.657%)**

_____

Jonathan Lassers

**Units: 675,000 (2.803%)**

_____

John Lee Dumas

**Units: 675,000 (2.803%)**

_____

John Richardson

**Units: 135,000 (0.561%)**

3

_____

Semillero Investment Fund I, LLC

By: Alexander Borschow

**Units: 5,329,616 (22.129%)**

_____

Name: Puerto Rico Fund for Growth, L.P.

By:

**Units: 2,272,152 (9.434%)**

_____

The Community Development Venture Capital Alliance, Inc.

By:

**Units: 982,612 (4.080%)**

_____

Flexitank, Inc.

By:

**Units: 705,416 (2.929%)**

_____

Parliament Capital Series II, LLC – Series F

By:

**Units: 705,416 (2.929%)**

_____

VRM Penzini Fund I L.L.C. – Renewable Series II

4

By:

**Units: 589,000 (2.446%)**

## EXHIBIT A:

### VOTING UNIT OWNERSHIP

The signatories approving this consent (Olmar López Vidal, Gregory Boyd, Jonathan Lassers, John Dumas) collectively hold 13,365,000 Class A Common Units, representing 55.468% of the total voting Units on an as-converted basis (24,088,500 total Units, including 13,500,000 Common Units and 10,588,500 Series A Preferred Units).

Olmar López Vidal's ownership includes 3,037,500 Units transferred from Olmar López Gómez via a notarized permitted transfer on May 26, 2025, with a joinder agreement executed per Section 10.1.

## EXHIBIT B:

### POST-TRANSFER OWNERSHIP TABLE

| Member | Unit Class | Units | % Interest |
|---|---|---|---|
| Olmar López Vidal | Common | 7,762,500 | 32.231% |
| Gregory Boyd | Common | 4,252,500 | 17.657% |
| Olmar López Gómez | Common | 0 | 0% |
| Jonathan Lassers | Common | 675,000 | 2.803% |
| John Dumas | Common | 675,000 | 2.803% |
| John Richardson | Common | 135,000 | 0.561% |
| Semillero Investment Fund I, LLC | Preferred | 5,329,616 | 22.129% |
| Puerto Rico Fund for Growth, L.P. | Preferred | 2,272,152 | 9.434% |
| The Community Dev. Venture Cap. Alliance | Preferred | 982,612 | 4.080% |
| Flexitank, Inc. | Preferred | 705,416 | 2.929% |
| Parliament Capital Series II, LLC – Series F | Preferred | 705,416 | 2.929% |
| VRM Penzini Fund I L.L.C. – Renewable Series II | Preferred | 589,000 | 2.446% |
| **Total** | | 24,088,500 | 100% |

5

**EXHIBIT C**

**GFC HOLDINGS LIMITED LIABILITY COMPANY**

**BOARD OF MANAGERS**

**Founding Members' Manager:**

Olmar López Vidal

**Managers for the Majority of Members:**

Jonathan Lassers

Cristina Ríos Mena

Edward Patrick Atkinson

**Semillero Manager:**

Alexander Borschow

**VRM Penzini Fund I, L.L.C. Manager:**

Javier Feliciano

**Preferred Manager**

Juan Goytía

**Authorized Signatory for GFC Holdings LLC.:**

Jonathan Lassers

6