# Exhibit 1

From: Marvin Diaz Garraton <Marvin.Diaz@popular.com>
Date: Fri, 22 Mar 2019 at 11:09
Subject: Re: Green Fuels: ITS won engineering contract to design and build CHP systems
for 3 buildings at Banco Popular
To: Jonathan Lassers <jblassers@gmail.com>

Hi Jonathan,

I'm out of pocket today but could speak next week. Monday pm or Tuesday am would
work.

I'm aware of Popular's potential interest in buying gas, and that certainly adds to the
validation of demand post operation, which we have comfort with. The project risk
(construction and operation) is the key risk we seek to mitigate with our structure and
capital requirements.

We are close to being able to submit a term sheet for your team's consideration, which
would reflect the terms discussed to date.

I look forward to catching up next week.  Best,

Marvin

**From:** Jonathan Lassers <jblassers@gmail.com>
**Sent:** Friday, March 22, 2019 8:23 AM
**To:** Marvin Diaz Garraton
**Subject:** Green Fuels: ITS won engineering contract to design and build CHP systems for 3 buildings at
Banco Popular

Marvin

Do you have a time to speak today and on Green Fuels. Things are moving along with the
financing and it would be good to see if Popular can catch up. You should take a look at the
attached presentation that relates tp BP potential.

EC Waste want to move forward on the 2nd landfill in April and we are moving aheay with
the CHP project for the Four Seasons.

Let me know.

Best

Jonathan