# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| GREGORY BOYD, JONATHAN LASSERS | CIVIL NO.: 24-CV-01569 (PAD)  FOR: |
| Plaintiffs, |  |
| vs. | Bank Holding Company Act Anti-Tying Claim |
| BANCO POPULAR DE PUERTO RICO | JURY DEMAND: TO BE SEEN BY JURY |
| Defendant |  |

## MOTION SUBMITTING EXHIBITS 81-89 TO PROPOSED SECOND AMENDED COMPLAINT

**TO THE HONORABLE COURT:**

Plaintiffs G F C Holdings, LLC, Biomass Green Fuels, LLC, Gregory Boyd and Jonathan, by and through their undersigned attorneys very respectfully **STATE, ALLEGE, AND PRAY**:

1. The Proposed Second Amended Complaint makes reference to a number of exhibits that would have been too unwieldy to file in one ecf filing.

2. The last group of exhibits are attached to this motion.

**WHEREFORE**, GFC Holdings, LLC Biomass Green Fuels, LLC, Gregory Boyd and Jonathan Lassers very respectfully ask this Honorable Court to take note of these exhibits.

1

Dated June 30, 2025

## **Respectfully submitted**,

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel.(787) 585-3824
E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

S/ Luis E. Miñana/
**Luis E. Miñana, Esq.**
PR RUA No. 16297 USDC-PR No. 225608
**ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC.**
122 Calle Manuel Dómenech Altos Urb. Baldrich
San Juan, PR  00918
minanalaw@yahoo.com  www.securitiesatty.com
Tel.:  (787) 758-1999 Mob. (787) 402-2226

S/Jean Paul Vissepó Garriga/
**JEAN PAUL VISSEPÓ GARRIGA**
USDC No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel.(787) 633-9601
E-mail: jp@vissepolaw.com

2