# Exhibit 86

**DISCLOSURE SCHEDULES**

**To**

**ASSET ACQUISITION AGREEMENT**

**Dated as of January 31, 2025**

**by and between**

**GFC HOLDINGS LIMITED LIABILITY COMPANY**
**BIOMASS GREEN FUELS LLC**
*As Sellers*

**and**

**HUMACAO RNG, L.L.C.**
*As Buyer*

## **PREAMBLE**

These Disclosure Schedules (the "Schedules") are being delivered in accordance with, and are incorporated and made part of, that certain Asset Acquisition Agreement (the "Agreement"), dated as of the date hereof, by and among Humacao RNG L.L.C., Puerto Rico limited liability company (the "Buyer"), GFC Holdings Limited Liability Company, a Delaware limited liability company ("GFC" or the "Company"), Biomass Green Fuels LLC ("BGF" and together with GFC or the Company, the "Sellers"). The Buyer, and the Sellers may be collectively referred to as the "Parties" or individually as a "Party." Capitalized terms used in these Schedules but not otherwise defined herein will have the respective meanings given to such terms in the Agreement.

The information and disclosures contained in these Schedules are intended to provide disclosure to certain of the representations and warranties of the Sellers contained in the Agreement and are not intended to and will not be deemed to broaden the scope of the representations and warranties of the Sellers, except as and to the extent provided in the Agreement.

The Schedules are arranged in sections and subsections corresponding to the numbered and lettered sections and subsections contained in the Agreement.  Any disclosure set forth in any one section or subsection of any Schedule shall apply only with respect to the indicated section or subsection of such Schedule, except to the extent that it is expressly provided that such disclosure also is responsive to another section or subsection of any other Schedule.

Certain matters, information and items disclosed in these Schedules are included for information purposes only and may not be required to be disclosed pursuant to the Agreement. The inclusion of any matter, information or item in these Schedules shall not be deemed or construed as an admission or otherwise constitute acknowledgement (a) that such matter, information or item is material or creates a measure of materiality; (b) that disclosure of any such matter, information or item represents a determination by the Sellers that such matter, information, or item did not arise in the ordinary course of business or is inconsistent with past practice; (c) that disclosure of any such matter, information, or item is required to be disclosed in connection with the representations and warranties made in the Agreement; or (d) that in disclosing such matter, information or item, the Sellers waive any attorney-client privilege to the extent applicable to such matter, information or item or any protection afforded by the work-product doctrine to the extent applicable to any of the matters, information or items disclosed in these Schedules. Without limiting the foregoing, no such inclusion of a possible breach or violation of any contract, Law or order shall be construed as an admission or indication that a breach or violation exists or has actually occurred. Nothing in these Schedules shall be deemed to constitute an admission of any liability by the Sellers to any third party.

The headings contained in the Schedules are for reference purposes only and shall not affect in any way the meaning or interpretation of the Schedules. The attachments referenced in the Schedules form an integral part of the Schedules and are incorporated by reference for all purposes as if set forth fully herein.

**SCHEDULE 2.1(b)(i) TO ASSET ACQUISITION AGREEMENT**
**MACHINERY, EQUIPMENT & TANGIBLE PERSONAL PROPERTY**

**SITE A:**

1.  LFG Boost Blower (Gardner Denver CycloBlowers BLC-250A/150HP, BLC-250B/150HP) [Blowers/Skid/Scrubbers/Dryers (208 and 416 Modules)].

2.  Chillers (absorption chiller and mechanical chiller) [Absorption Chiller/Pumps/Cooling Tower/Chilled Water].

3.  Cooling Tower.

4.  Three Jenbacher 416 gensets with heat exchangers for absorption chilling, including all appurtenances [Jenbacher Engines (Gas Power Generators)].

5.  CO2 loadout tanks, pumps, including all appurtenances.

6.  Galileo Membrane CO2 removal Boxes (CSM Biogas Modules) (2) - Includes all instruments, compressors, heat exchangers, piping, enclosures, including all appurtenances [(Liquefaction System) – Galileo].

7.  Galileo Pressure Swing Adsorption boxes (2) (ZPTS CO2 Polisher modules) - Includes all instruments, compressors, heat exchangers, piping, enclosures, including all appurtenances.

8.  Galileo LNG Cold Boxes (2) (Cryoboxes 600 modules – liquefiers) - Includes all instruments, compressors, heat exchangers, piping, enclosures, , including all appurtenances.

9.  One LNG – Third Party Filling Station to Tankers.

10. Flares (TOU), including all appurtenances [Thermal Oxidizer/Emergency Vent Flare]

11. LNG Permanent Storage ISO tanks (6) each with a capacity of ~11,500 LNG gallons, including interconnection, instrumentation and automation package [LNG Storage Tanks – Galileo].

12. TPI CO2 liquefaction process equipment, including all appurtenances, compressors, reboiler, stripping distillation, refrigeration compressor, etc. [(Liquefaction System) – Others]

13. Large CO2 horizontal storage tank (former Linde tank) [LNG/CO2 Storage Tanks – Others]

14. Carbotech CO2 gas chromatograph

15. Two (2) Gas Chromatograph for RNG product testing.

16. All other laboratory equipment, including handheld gas monitoring equipment (landGem, etc,).

17. Instrument Air Compressor and Dryer.

18. All pumps and motors.

19. All instruments.

20. All piping and insulation.

21. All racking.

22. Heat exchanger associated with one of the Jenbacher 416 gensets that was sent off-site for refurbishment.

23. All electrical switchgear, starters, MCC cabinets, PLC panels, Computers, HMI, safety equipment, video monitoring, communications, laptops, etc.

24. All PLC codes, HMI codes, and releated software and hardware, inclding liscense fees.

25. All electrical transformers.

26. Electrical/MCC room, including all installed electrical gear, motor starters, VFDs, etc.

27. Uninterruptible Power Supply (UPS).

28. Asphalt & Concrete.

**SITE B:**

1. Jenbacher 208 genset, including all appurtenances (Accurate Solutions) [Jenbacher Engine Enclosures (Accurate Solutions)]

2. Battery Energy Storage System, including all appurtenances (Accurate Solutions) [Energy Storage (Batteries) (Accurate Solutions)]

3. Condensate Sump, including all appurtenances.

4. Dehydration Equipment, including all appurtenances.

5. H2S removal equipment, including all appurtenances.

6. Siloxane removal equipment (carbon vessels), including all appurtenances.

3

7. Water Softening equipment, including all appurtenances.

8. Biogas Storage Tank, including all appurtenances

9. All pumps and motors, including all appurtenances.

10. All instruments, including all appurtenances.

11. 13.2 KV Electrical interconnect.

12. All electrical transformers, motor starters, VFDs, PLC panels, Control Panels of any kind [Motor Control Center/Control System].

13. Uninterruptible Power Supply (UPS).

14. Water Well Construction.

15. Asphalt & Concrete.

16. Solar Outdoor Lighting (Office and Perimeter).

17. Perimeter Security Cameras and Fence.

18. Controls Container/Spare parts Container.


**SAFETY EQUIPMENT (COMMON TO BOTH SITE A AND B):**

1. Fire Extinguishers Fire Control System (Fire Protection System).

2. Safety Helmets and Gloves.

3. Eye Wash Stations.


**FURNITURES AND FIXTURES:**

1. Office Desks and Chairs.

2. Storage Cabinets.

3. Workbenches.

**Certain Defined Terms:**

**"Site A"** shall mean Parcel A, comprising a superficial area of 1.18 acres, as identified in Exhibit A (Site Plan prepared by LL Surveying Group) attached to the Lease Agreement dated March 28, 2019, by and between El Coquí Landfill Company, LLC, as landlord, and Biomass Green Fuels LLC, as tenant.

**"Site B"** shall mean Parcel B, comprising a superficial area of 0.32 acres, as identified in Exhibit A (Site Plan prepared by LL Surveying Group) attached to the Lease Agreement dated March 28, 2019, by and between El Coquí Landfill Company, LLC, as landlord, and Biomass Green Fuels LLC, as tenant.

## SCHEDULE 2.1(b)(iv) TO ASSET ACQUISITION AGREEMENT
### TRADEMARKS

**Puerto Rico Trademark Office Filings:**

| Filing Number | Register Number | Filing Date | Owner Name |
|---|---|---|---|
| 234224-35-0 | 221711 | 14-May-2019 | Biomass Green Fuels LLC |
| 234224-04-0 | 221710 | 14-May-2019 | Biomass Green Fuels LLC |
| 234222-35-0 | 221707 | 14-May-2019 | Biomass Green Fuels LLC |

6

### SCHEDULE 2.1(b)(v) TO ASSET ACQUISITION AGREEMENT
### <u>ASSUMED LEASES</u>

1. Lease Agreement executed by and between El Coquí Landfill Company, LLC, as landlord, and Biomass Green Fuels LLC, as tenant, dated as March 28, 2019, as it may have been or may be further amended, supplemented or other modified from time to time.

**SCHEDULE 2.1(b)(vi) TO ASSET ACQUISITION AGREEMENT**
**ASSUMED CONTRACTS**

1.  Tax Exemption Decree under case no. 19-73-1-011 issued by the Department of Economic Development and Commerce on November 5, 2019, pursuant to the Economic Incentives Act.

2.  Landfill Gas Sale and Purchase Agreement entered into by and between Biomass Green Fuels LLC, as buyer, and El Coquí Landfill Company, LLC, as seller, dated December 28, 2018, as amended on July 19, 2019, and as may have been or may be further amended and modified from time to time.

8

**SCHEDULE 2.1(b)(viii) TO ASSET ACQUISITION AGREEMENT**
**PERMITS**

To the extent transferable or assignable, all approvals, consents, licenses, permits, entitlements, identification numbers, waivers, or other authorizations issued, granted, given, or otherwise made available to the Sellers by or under the authority of any Governmental Entity or pursuant to any applicable Law, required in connection with the ownership, acquisition, planning, development, construction, installation, use, operation, and/or maintenance of the Project, together with all amendments, modifications, supplements, general conditions, renewals, and addenda thereto, including, but not limited to, the following:

| Construction [BGF-ECLH-B001-C] | | |
|---|---|---|
| **Permit Number \| Número de Permiso** | **Description \| Descripción** | **Additional details \| Detalles adicionales** |
| *Instalación \| Facility-* | | |
| 2017-213555-REA-002002 | Recomendación Ambiental (REA) | Issued: 16-ene-2018 |
| 2019-261403-DEA-003140 | Determinación Ambiental (DEA) | Issued: 30-oct-2019 |
| 2019-269654-CUB-000598 | Consulta de Ubicación enmendada a BGF | Issued: 12-jun-2020 |
| PRR1000B9 | Construction General Permit (based on 2017 CGP) | Notice of Termination (NOT) Submitted (Permiso cerrado para dar paso al del 2022 |
| PRR1000B9 | Construction General Permit (based on 2022 CGP) | Notice of Intent (NOI) Submitted; permit active |
| *Parcela A \| Lot A* | | |
| 2019-269654-PCOC-001081 | Construction Permit for Lot B - Civil-Structural (Modified later, see below) | Issued: 23 julio 2020 Expires: 23-jul-2022 |
| 2-01-22-CBPR | Authorization for Tanks Installation from the Fire Department | Issued: Mar-7-2022 |
| 2019-269654-SRS-052496 | Fire Department Recommendation | Issued 7 marzo 2022 |
| 2019-269654-SRS-053237 | Health Department Recommendation | Issued 22 marzo 2022 |
| PRSP-FC-762-23-03-2022 | Recycling Plan for Construction - Revised to include Lot | Issued: Mar-23-2022 |
| 2019-261403-PUI-003133 | Single Incidental Permit (PUI) - Modified to include Lot | Issued: Sept-21-2021 Expires: Dec-18-2025 |
| 2019-269654-PCOC-017336 | Construction Permit for Lot A - Civil-Structural (Modified) | Issued: Jul-23-2020 Expires: Aug-3-2023 |
| 2019-269654-PCOC-024488 | Construction Permit for Lot A - Electromechanical | Issued: Aug-1-2022 Expires: Aug-1-2024 |
| 2019-269654-SRI-063866 | Resolution from OGPe approving the SRI corresponding to the Plans for the AAA. Pending payment to AAA. | Submitted: Jan-9-2023 Approved: Mar-3-2023 |
| *Parcela B \| Lot B* | | |
| 2019-269654-PCOC-010520 | Construction Permit for Lot B - Civil-Structural (Modified later, see below) | Expires: 23-dic-2022 |
| 2019-261403-PUI-001823 | Single Incidental Permit (PUI) - Lot B | Issued: Dec-18-2020 Expires: Dec-18-2025 |
| 2019-269654-PCOC-022061 | Construction Permit for Lot B - Civil-Structural (Modified) | Issued: Mar-30-2022 Expires: 30 marzo 2024 |
| 5-04-21-CBPR | Authorization for Tanks Installation from the Fire Department | Issued: Jun-10-2021 |

9

| 2019-269654-SRS-043638 | Fire Department Recommendation | Issued: Jul-21-2021 |
|---|---|---|
| 2019-269654-SRS-040692 | Health Department Recommendation | Issued: Mar-24-2021 |
| PRSP-FC-762-04-08-2020 | Recycling Plan for Construction - Lot B | Issued: Aug-19-2020 |
| 2019-269654-PCOC-023558 | Construction Permit for Lot B - Electromechanical | Issued: Jun-27-2022 Expires: Jun-27-2024 |

## Construction [BGF-ECLH-B001-C]

| Permit Number \| Número de Permiso | Description \| Descripción | Additional details \| Detalles adicionales |
|---|---|---|
| *Trinchera de Utilidades \| Utility* | | |
| 2019-269654-PCOC-018684 | Permiso de Construcción – Excavación | Expires: Jun-9-2024 |
| 2019-261403-PUI-005938 | Permiso Único Incidental (PUI) | Issued 22 junio 2022 Expira 18 diciembre 2025 |
| DEDT-2022-1921 | DTOP – Centro de Excavaciones | Notice emitted - 14 Junio 2022 Work start – 21 Junio 2022 Expires – 20 Agosto 2022 |

## Operations [BGF-ECLH-B001-O]

| Permit Number \| Número de Permiso | Description \| Descripción | Additional details \| Detalles adicionales |
|---|---|---|
| TBD | PU (Permiso unico) | IEMES and CMA working on initial application for PU focused on Lot B first. Authorized Professional ("PA", per its Spanish Acronym per current Permits Regulations), Eng. Jorge L. Bonnin, emitted Fire Prevention Certification and the Health Certificate to Lot B. Extinguishers and alarm certificates emitted by CEL Fire, as required annually. |
| N/A | SPCC (Spill Prevention Control and Countermeasure Plan) | Pending. IEMES to certify by May 2023. |
| PFE-36-0519-0416-I-II-III-C | Permiso de Fuente de Emisión - Construcción | Expires: 27-abril-2023 (no need to renew, keep on file for corresponding modification, as |
| PFE-36-0121-0005-I-II-III-O | Permiso de Fuente de Emisión - Operación | Expires: 24-jun-2026 |
| N/A | PRASA (Pretreatment Permit Characterization Sampling Test Results) | Pending - BGF to be integrated within EC Waste's Permit |
| PRR05J029 | NPDES (Stormwater Pollution Pevention Plan for Operations - Multi-Sector General Permit-MSGP) | SWPPP related to this permit was last certified in June 2021; any operational changes since then will be integrated by IEMES, as requested by BGF. |
| TBD | Pressure Vessels | Pending. |
| 062521550281DF | HazMat Registration - DOT | HM Company ID: 311105 2021-2024 |

10

**SCHEDULE 2.1(b)(ix) TO ASSET ACQUISITION AGREEMENT**
**ARCHITECTURAL DESIGNS AND CONSTRUCTION PLANS**

(a) CO2 Compression Engineering Diagram, prepared by Techno Project Industriale, dated February 2, 2021 (Design Number 1918769-1-10-001).

(b) Catox Unit Engineering Diagram, prepared by Techno Project Industriale, dated February 2, 2021 (Design Number 1918769-1-10-002).

(c) Purifier System Engineering Diagram, prepared by Techno Project Industriale, dated February 2, 2021 (Design Number 1918769-1-10-003).

(d) Drying & CO2 Liquefaction Engineering Diagram, prepared by Techno Project Industriale, dated February 2, 2021 (Design Number 1918769-1-10-004).

(e) CO2 Production from Landfill Renewable Natural Gas Processing Facility Diagram, prepared by International Technical Services Engineers & Designers, dated May 15, 2020 (Design Number BGF-900).

(f) Modified Office Building Drawings prepared by Berlin Ng – Consultant Engineers, dated June 28, 2023 (Drawing Numbers S-15, S-16 and S-17).

**SCHEDULE 2.9 TO ASSET ACQUISITION AGREEMENT**
**PAYMENT OF PURCHASE PRICE**

**A. Note Holders and Preferred Equity Member Payments**

| To member note holders for notes & accrued interest | Payment at Closing | Indemnity Holdback | Total Consideration |
|---|---|---|---|
| Parliament Capital Series II, LLC – Series F  including accrued interest | $718,774 | $0 | $718,774 |
| Flexitank, Inc. including accrued interest | $718,774 | $0 | $718,774 |
| VRM Penzini – Renewable Series II including accrued Int | $357,014 | $71,403 | $428,417 |
| **Subtotal** | **$1,794,563** | **$71,403** | **$1,865,966** |
| | | | |
| To preferred equity members for preferred equity units and accrued preferred return | Payment at Closing | Indemnity Holdback | Total Consideration |
| Semillero Investment Fund I, LLC | $1,120,519 | $119,204 | $1,239,723 |
| Puerto Rico Fund for Growth, L.P. | $477,706 | $50,820 | $528,526 |
| Community Development Venture Capital Alliance | $188,520 | $20,055 | $208,576 |
| Flexitank, Inc. | $131,226 | $13,960 | $145,186 |
| Parliament Capital Series II, LLC – Series F | $131,226 | $13,960 | $145,186 |
| VRM Penzini Fund I L.L.C. – Renewable Series II | $300,804 | $32,000 | $332,804 |
| **Subtotal** | **$2,350,000** | **$250,000** | **$2,600,000** |
| | | | |
| **Subtotal** | **$4,144,563** | **$321,403** | **$4,465,966** |

[CONTINUES ON FOLLOWING PAGE]

12

**B. <u>Third Party Payments</u>**

| Status | Vendor | AP Balance | Target % | Net Payment |
|---|---|---|---|---|
| Settled | Accurate Solutions | $295,867 | 84.5% | $250,000 |
| | International Technical Services (Olmar Sr.) | $230,804 | 100.0% | $230,804 |
| | Flexitank | $311,244 | 72.3% | $225,000 |
| | Pico Advisors | $208,720 | 50.0% | $104,360 |
| | AB Energy | $166,840 | 42.0% | $70,000 |
| | CHES Services Corp | $38,584 | 100.0% | $38,584 |
| | Jomasoel Rivera | $38,400 | 45.0% | $17,280 |
| | Laser Products | $24,906 | 10.0% | $2,491 |
| | MacClimber | $23,582 | 20.0% | $4,716 |
| | Twenty One Century | $20,022 | 15.0% | $3,003 |
| | Jovean Rivera | $13,640 | 45.0% | $6,138 |
| | Flotech | $9,676 | 10.0% | $968 |
| | Empresas de Soldaduras | $7,465 | 20.0% | $1,493 |
| | ROCHET | $5,460 | 10.0% | $546 |
| | IEMES PSC | $4,940 | 35.0% | $1,729 |
| | Angel Berrios | $4,890 | 40.0% | $1,956 |
| | Prime Crane Services (PCS) | $2,080 | 30.0% | $624 |
| | Gow-Mac | $1,962 | 30.0% | $588 |
| | ISCO | $1,912 | 20.0% | $382 |
| | West Indies Valve | $1,869 | 30.0% | $561 |
| | Baerga & Quintana | $1,450 | 41.4% | $600 |
| | MCS | $1,362 | 33.0% | $450 |
| | Charlie Towing Services | $850 | 70.6% | $600 |
| | Miguel A Torres | $850 | 47.1% | $400 |
| | Celfire | $781 | 25.0% | $195 |
| | CIB Corporation | $684 | 45.0% | $308 |
| | Transom | $547 | 40.0% | $219 |
| | **Subtotal** | **$1,419,386** | | **$963,995** |

13

| Status | Vendor | AP Balance | Target % | Net Payment |
|---|---|---|---|---|
| **Not yet settled** | Semillero Investment Fund I LLC | $326,696.67 | 50.0% | $163,348.36 |
| | | | | |
| | Crowley | $269,830 | 50.0% | $134,915 |
| | Galileo | $177,945 | 50.0% | $88,972 |
| | DLA Piper | $148,941 | 50.0% | $74,471 |
| | IRS | $122,717 | 100.0% | $122,717 |
| | Hacienda | $99,821 | 100.0% | $99,821 |
| | Semillero Partners | $130,000 | 50.0% | $65,000 |
| | Nevares, Sanchez Alvarez & Cancel | $82,539 | 50.0% | $41,270 |
| | Advanced Industrial Resources | $74,625 | 50.0% | $37,313 |
| | B&R/EquipNet | $73,875 | 50.0% | $36,938 |
| | Spectrum Carbonics | $61,860 | 50.0% | $30,930 |
| | AMRC, LLC | $56,826 | 50.0% | $28,413 |
| | Analytical Science & Tech Group | $48,070 | 50.0% | $24,035 |
| | Instalaciones Gomez | $44,348 | 50.0% | $22,174 |
| | Champion Petroleum | $42,201 | 50.0% | $21,101 |
| | Orlando Berrios | $40,809 | 50.0% | $20,404 |
| | BioGas Engineering | $40,140 | 50.0% | $20,070 |
| | G Economou | $36,458 | 100.0% | $36,458 |
| | NORIT | $33,520 | 50.0% | $16,760 |
| | CMC Law LLC | $32,716 | 50.0% | $16,358 |
| | Rmiller | $26,000 | 50.0% | $13,000 |
| | Honeywell UOP | $22,950 | 50.0% | $11,475 |
| | HR & Labor Law | $22,201 | 50.0% | $11,100 |
| | Linde Gas | $22,142 | 50.0% | $11,071 |
| | NIC Engineering | $22,097 | 50.0% | $11,049 |
| | Mercury Transport | $20,669 | 50.0% | $10,334 |
| | Q2 Technologies | $14,197 | 50.0% | $7,098 |
| | Desarrollos Agricolas del Este | $11,855 | 50.0% | $5,927 |

14

| Status | Vendor | AP Balance | Target % | Net Payment |
|---|---|---|---|---|
| | BIO Counselors at Law | $11,524 | 50.0% | $5,762 |
| | Dueñas Trailers | $9,589 | 50.0% | $4,795 |
| | Carbonell | $9,540 | 50.0% | $4,770 |
| | Rafael Infante | $9,302 | 50.0% | $4,651 |
| | Marichal, Hernandez, Santiago | $5,415 | 50.0% | $2,708 |
| | Carlos Tirado (Tirado Electric) | $4,230 | 50.0% | $2,115 |
| | Engineered Parts & Services | $3,734 | 50.0% | $1,867 |
| | Victor Narvaez | $3,700 | 50.0% | $1,850 |
| | F.Fabian | $3,500 | 50.0% | $1,750 |
| | CFSE | $3,426 | 50.0% | $1,713 |
| | CG Engineering | $3,350 | 50.0% | $1,675 |
| | Pro-Cons | $3,265 | 50.0% | $1,633 |
| | LDVC Accounting & Financial Services | $3,246 | 50.0% | $1,623 |
| | Delavic | $2,730 | 50.0% | $1,365 |
| | Diamond Scientific | $2,716 | 50.0% | $1,358 |
| | Full Power Testing | $2,620 | 50.0% | $1,310 |
| | Liberty Business | $2,360 | 50.0% | $1,180 |
| | Reyes Law Services | $1,794 | 100.0% | $1,794 |
| | MESSER | $1,713 | 100.0% | $1,713 |
| | Alchem Chemical | $1,452 | 100.0% | $1,452 |
| | Bori Springs | $1,424 | 100.0% | $1,424 |
| | Yahaira Oquendo | $1,000 | 100.0% | $1,000 |
| | Miranda & Sons | $754 | 100.0% | $754 |
| | Napoles | $657 | 100.0% | $657 |
| | E-Productions | $416 | 100.0% | $416 |
| | Ratermann | $411 | 100.0% | $411 |
| | Hi-Tech | $390 | 100.0% | $390 |
| | EqLab | $375 | 100.0% | $375 |
| | G.Mendez Transport | $330 | 100.0% | $330 |
| | McMaster-Carr | $330 | 100.0% | $330 |

| Status | Vendor | AP Balance | Target % | Net Payment |
|---|---|---|---|---|
| | I/O Automation of PR | $228 | 100.0% | $228 |
| | Charlie Welding Solutions | $150 | 100.0% | $150 |
| | CMA Architects & Engineers | $15 | 100.0% | $15 |
| | Asoc Hecho en PR | $531 | 0.0% | $0 |
| | WorldNet | $394 | 0.0% | $0 |
| | Fedex | $259 | 0.0% | $0 |
| | First Insurance | $188 | 0.0% | $0 |
| | **Subtotal** | **$2,231,142** | | **$1,250,103** |

| Status | Vendor | AP Balance | Target % | Net Payment |
|---|---|---|---|---|
| **Confirmed by vendor non-existant / written off** | Camlin Energy Inc | $36,238 | 0.0% | $0 |
| | AAA | $34,931 | 0.0% | $0 |
| | Grainger | $4,548 | 0.0% | $0 |
| | UpKeep | $3,600 | 0.0% | $0 |
| | Septix | $616 | 0.0% | $0 |
| | Modern Equipment | $526 | 0.0% | $0 |
| | WebSoft | $269 | 0.0% | $0 |
| | DynaPower | $209 | 0.0% | $0 |
| | **Subtotal** | **$80,935** | | **$0** |
| | | | | |
| | **Status** | **AP Balance** | **%** | **Net Payment** |
| | **Settled** | $1,108,142 | 67% | $738,995 |
| | **Not yet settled** | $2,542,386 | 55% | $1,405,725 |
| | **Confirmed by vendor non-existant / written off** | $80,935 | 0% | $0 |
| | **Total** | **$3,731,464** | 57% | **$2,144,720** |

**SCHEDULE 3.8 TO ASSET ACQUISITION AGREEMENT**
**TAXES**