# Exhibit 89



**imarc**
TRANSFORMING IDEAS INTO IMPACT

Services ▾  Industries ▾  Media Room  About Us  Insights  Contact Us  Login  🔍

Home   |   Chemical & Materials   |   Liquid Carbon Dioxide Prices

# Liquid Carbon Dioxide Prices, Trend, Chart, Demand, Market Analysis, News, Historical and Forecast Data Report 2025 Edition

Report Format: PDF+Excel | Report ID: SR112025A22498

**Report Description**   **Table of Contents**   **Methodology**   **Request Sample**

## Liquid Carbon Dioxide Price Trend, Index and Forecast

*Track the latest insights on Liquid Carbon Dioxide price trend and forecast with detailed analysis of regional fluctuations and market dynamics across North America, Latin America, Central Europe, Western Europe, Eastern Europe, Middle East, North Africa, West Africa, Central and Southern Africa, Central Asia, Southeast Asia, South Asia, East Asia, and Oceania.*

## Liquid Carbon Dioxide Prices Outlook Q1 2025

- USA: US$ 783/MT
- India: US$ 330/MT
- Germany: US$ 214/MT
- Japan: US$ 267/MT

## Liquid Carbon Dioxide Price Chart



Discount Offer

**Purchase Options**

◉ Biannual Updates        ~~$4899~~ $3999
  **For 2 Deliverables, Billed Annually**

○ Quarterly Updates       ~~$6899~~ $5499
  **For 4 Deliverables, Billed Annually**

○ Monthly Updates         ~~$9899~~ $7999
  **For 12 Deliverables, Billed Annually**

Buy Now

 **Inquire Before Buying**

 **Speak to an Analyst**



**Get real-time access to monthly/quaterly/yearly prices,** ~~Request Sample~~

**Request Brochure**



**Request Customization**



**Benefits of Customization**

- Personalize this research
- Triangulate with your data
- Get data as per your format and definition
- Gain a deeper dive into a specific application, geography, customer, or competitor
- Any level of personalization

During the first quarter of 2025, the liquid carbon dioxide prices in the USA reached 783 USD/MT in March. The demand for liquid carbon dioxide from carbonated drink producers and marketers remained high. Beyond beverages, liquid $CO_2$ is utilized in food packaging, industrial operations, and as a firefighting agent. Increased demand in these industries added to overall pricing pressure.

During the first quarter of 2025, the liquid carbon dioxide prices in India reached 330 USD/MT in March. As per the liquid carbon dioxide price chart, there were significant fluctuations in the market. Production of $LCO_2$ heavily relies on natural gas as a primary feedstock. Hence, an unexpected surge in natural gas prices across Asia, driven by heightened electricity demand and supply chain disruptions, directly elevated production costs. This situation was further exacerbated by limited storage capacities.

During the first quarter of 2025, the liquid carbon dioxide prices in Germany reached 214 USD/MT in March. Operational challenges, including maintenance

**Get in Touch With Us**

**UNITED STATES**
Phone: +1-631-791-1145

**INDIA**
Phone: +91-120-433-0800

shutdowns and logistical issues, affected the supply of liquid $CO_2$. These disruptions led to tighter supply in the market, further influencing the prices.

During the first quarter of 2025, the liquid carbon dioxide prices in Japan reached 267 USD/MT in March. Japan reported liquid carbon dioxide shortages when energy demand was at its peak. Besides, disruptions within the supply chain also contributed to the volatility in prices.



## Liquid Carbon Dioxide Prices Q4 2024

- USA: US$ 760/MT
- India: US$ 310/MT
- Germany: US$ 205/MT
- Japan: US$ 261/MT

During the last quarter of 2024, the liquid carbon dioxide prices in the USA reached 760 USD/MT in December. Prices climbed as natural gas costs increased, impacting output. Food and beverage companies drove consumption, aided by consistent demand from pharmaceuticals and welding. Despite a manufacturing downturn and low company confidence, signs of an industrial

**UNITED KINGDOM**

Phone: +44-753-714-6104

Email: sales@imarcgroup.com

## Client Testimonials



*The figures of market study were very close to our assumed figures. The presentation of the study was neat and easy to analyse. The requested details of the study were fulfilled. My overall experience with the IMARC Team was satisfactory.*

rebound emerged. The market remained balanced, with important industries countering cost pressures from rising energy costs.

During the last quarter of 2024, the liquid carbon dioxide prices in India reached 310 USD/MT in December. As per the liquid carbon dioxide price chart, market remained stable despite fluctuating energy costs. Falling natural gas prices lowered production costs, allowing for minimal pricing adjustments. Demand for food preservation and beverage carbonation remained strong, with traditional soft drinks and packaged meals driving volumes. Pharmaceuticals and welding applications had consistent usage. The market remained resilient, aided by widespread industrial demand and rising retail beverage preferences.

During the last quarter of 2024, the liquid carbon dioxide prices in Germany reached 205 USD/MT in December. Prices rose due to higher natural gas input costs. The food and beverage industry remained the largest consumer, particularly for soda and preservation. Pharmaceutical and chemical use was also constant. Besides, bubble tea's growing popularity in cafés had contributed to consistent consumption. Despite manufacturing constraints and rising energy costs, the market remained constant.

During the last quarter of 2024, the liquid carbon dioxide prices in Japan reached 261 USD/MT in December. The market produced mixed indications, with price decreases led by lower gas prices. The food and beverage sectors, particularly carbonated drinks and ready-made dishes, boosted demand. Chemical and medicinal applications also helped to maintain stability. Although price-sensitive shopping behavior increased, premium beverage demand remained stable, helping to keep the market balanced throughout the quarter.

## Liquid Carbon Dioxide Prices Q2 2024

- United States: US$ 740/MT
- Japan: US$ 270/MT
- Germany: US$ 200/MT

The liquid carbon dioxide prices in the United States for Q2 2024 reached 740 USD/MT in June. The market experienced significant price shifts in the country, maintaining an optimistic trend during Q2 2024. Operational issues, such as Air Liquide Industrial US LP's shutdown in Louisiana on account of flooding, tightened supply, driving hikes in prices. Despite occasional variations brought on by operational difficulties and setbacks due to turbulent weather conditions, the general trend demonstrated steady upward movements.

The price trend for liquid carbon dioxide in Japan for Q2 2024 settled at 270 USD/MT in June. The country witnessed substantial price fluctuations due to strong requirement and limited supplies. Prices rose steadily, particularly during the second part of the quarter, fueled by increased requirement for industrial applications and in the beverages sector. Seasonality and supply network disruptions contributed to this upward trend, with a quarterly hike in prices recorded.

In Germany, the liquid carbon dioxide prices for Q2 2024 reached 200 USD/MT in June. Prices in the country have been notably active, with significant price shifts. Seasonal demand hikes, in the carbonated beverages industry in particular, and supply networks disruptions influenced the market. The quarter ended with a significant rise in prices compared to the preceding period. Strong requirement, low supplies, and higher manufacturing costs have supported a favorable pricing trend for the second quarter of 2024.

## Liquid Carbon Dioxide Prices Q4 2023

- USA: US$ 660/MT
- Japan: US$ 240/MT
- Belgium: US$ 225/MT

The liquid carbon dioxide prices in the USA for Q4 2023 reached 660 USD/MT in December. The market saw price increases driven by a hike in the cost of natural gas and increasing consumption across the food packaging and beverage industries. Constrained inventories posed supply challenges, and rising interest