**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| GREGORY BOYD, JONATHAN LASSERS, | |
| Plaintiffs, | |
| v. | Civil Action No.:  3:24-cv-01569-PAD |
| BANCO POPULAR DE PUERTO RICO, | Hon. Pedro A. Delgado-Hernandez |
| Defendant. | |

**URGENT MOTION TO SET ASIDE ORDER AT DOCKET NO. 55 AND ALLOW BANCO POPULAR TO FILE A RESPONSE TO THE MOTION TO AMEND**

**TO THE HONORABLE COURT:**

**COMES NOW,** Defendant Banco Popular de Puerto Rico ("Banco Popular"), through the undersigned counsel, and respectfully states and prays as follows:

1.      On June 30, 2025, Plaintiffs filed a Motion for Leave to Supplement the Complaint Pursuant to Federal Rule of Procedure 15(d) (the "Motion to Amend"). See Docket No. 47.

2.      As grounds for filing the Motion to Amend, Plaintiffs allege that "the Majority of Members of GFC Holdings, LLC, the owner of Biomass Green Fuels, LLC voted for and gave Written Consent to enter this lawsuit as Plaintiffs . . . and those companies have hired the undersigned as its counsel," among other inflammatory and impertinent allegations. See id. at 1.

3.      It is worth noting that in another case filed by Plaintiffs against BPPR and other co-defendants, including Biomass Green Fuels, LLC ("BGF") and GFC Holdings, LLC ("GFC") (collectively, the Companies)—*Boyd v. López Vidal*, Case No. 22-1190 (GMM)—Plaintiffs filed a motion seeking to appear on behalf of those companies based on the alleged corporate actions described in the Motion to Amend. See Case No. 22-1190 (GMM), Docket No. 750. Subsequently, counsel of record for BGF and GFC in that case called into question Plaintiffs' representation,

filing a notice of intent to oppose on grounds that any such corporate actions were invalid and null. See Case No. 22-1190 (GMM), Docket No. 751.

4.      Banco Popular intended and intends to respond to Plaintiffs' Motion to Amend. Moreover, given Plaintiffs' representation that they are allowed to amend the complaint to include the Companies as plaintiffs, represented by the same counsel, a representation that has already been called into question by those same Companies in a parallel case, it is essential to take into account the Companies' position as set forth in the parallel case.

5.      Accordingly, in order to allow Banco Popular to file a response to the Motion to Amend and further allow the Court to have the benefit of that response, as well as the Companies' position, Banco Popular respectfully requests that the Court set aside and/or reconsider the Order at Docket No. 55 and, instead, grant Banco Popular until July 14 to file a response to the Motion to Amend.

**WHEREFORE,** Banco Popular respectfully requests that the Court grant this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 2nd day of July 2025.

**IT IS HEREBY CERTIFIED** that on this same date, the undersigned counsel electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**SULLIVAN & CROMWELL LLP**

125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Richard C. Pepperman II
*Pro hac vice*
peppermanr@sullcrom.com

Benjamin R. Walker
*Pro hac vice*
walkerb@sullcrom.com

Aaron J. Blake
*Pro hac vice*
blakea@sullcrom.com

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**

Popular Center, 19th Floor
208 Ponce de León Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 773-6000
Facsimile: (787) 274-1470

/s/ María Dolores Trelles Hernández
USDC-PR Bar No. 225106
mtrelles@pmalaw.com

/s/ María Elena Martínez
USDC-PR Bar No. 305309
mmartinez@pmalaw.com