**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| | CIVIL NO.: 24-CV-01569 (PAD) |
| | FOR: |
| GREGORY BOYD, JONATHAN LASSERS,BIOMASS GREEN FUELS, LLC, GFC HOLDINGS, LLC | |
| Plaintiffs, | Bank Holding Company Act Anti-Tying Claim |
| **vs.** | |
| BANCO POPULAR DE PUERTO RICO | JURY DEMAND: TO BE SEEN BY JURY |
| Defendant | |

**MOTION TO CORRECT EXHIBITS TO THE SECOND
AMENDED COMPLAINT**

**TO THE HONORABLE COURT:**

Plaintiffs Biomass Green Fuels, LLC, GFC Holdings, LLC, Gregory Boyd and Jonathan Lassers, by and through their undersigned attorneys very respectfully **STATE, ALLEGE, AND PRAY**:

1. In their review of the Second Amended Complaint to comply with this Court's order to file physical copies of that document and its exhibits, the undersigned have realized that they filed the wrong exhibits for Exhibits 6 and 24 and an incomplete Exhibit 32. The corrected exhibits are attached to this motion.

2. Moreover, Exhibit 61 did not redact bank account numbers. A redacted Exhibit 61 is

attached to this motion.

3.  Finally, at ¶¶ 178, 179, the references to Exhibits 53 and 54 should be to Exhibits 73

and 74, respectively.

**WHEREFORE**, Biomass Green Fuels, LLC, GFC Holdings, LLC, Gregory Boyd and

Jonathan Lassers very respectfully ask this Honorable Court to take note of the corrected

exhibits and reference.

Dated July 7, 2025

**Respectfully submitted,**

S/Jane Becker Whitaker/                    S/ Luis E. Miñana/
**JANE BECKER WHITAKER**                   **Luis E. Miñana, Esq.**
USDC No. 205110                            PR RUA No. 16297 USDC-PR No. 225608
PO Box 9023914                             **ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC.**
San Juan, PR 00902-3914                    122 Calle Manuel Dómenech Altos Urb. Baldrich
Tel.(787) 585-3824                         San Juan, PR  00918
E-mail: jbw@beckervissepo.com              minanalaw@yahoo.com  www.securitiesatty.com
janebeckerwhitaker@gmail.com               Tel.:  (787) 758-1999 Mob. (787) 402-2226

S/Jean Paul Vissepó Garriga/
**JEAN PAUL VISSEPÓ GARRIGA**
USDC No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel.(787) 633-9601
E-mail: jp@vissepolaw.com

**I hereby certify that I have filed this motion with the Court's ecf system, which system will notify all counsel of record.**

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914 Tel.(787) 585-3824
E-mail: jbw@beckervissepo.com janebeckerwhitaker@gmail.com