# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| Gregory Boyd, et. a. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24-1569 (PAD) |
| Banco Popular de Puerto Rico | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Biomass Green Fuels LLC and GFC Holdings Limited Liability Company LLC                                            .

Date:       07/11/2025

S/ Roberto Abesada-Agüet
*Attorney's signature*

Roberto Abesada-Agüet (216706)
*Printed name and bar number*

1357 Ave. Ashford 2-184
San Juan, Puerto Rico 00907

*Address*

ra@abesada.com
*E-mail address*

(787) 948-5131
*Telephone number*

*FAX number*