**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Gregory Boyd, et. al. | Civil No.: 24-cv-1569 (PAD) |
| Plaintiffs | |
| v. | |
| Banco Popular de Puerto Rico | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**TO THE HON. PEDRO A. DELGADO-HERNÁNDEZ, U.S. DISTRICT JUDGE:**

For the reasons set forth in the motion to strike and disqualify filed today, GFC Holdings Limited Liability Company and Biomass Green Fuels, LLC respectfully move **only** for the voluntary dismissal with prejudice of their claims in the second amended complaint and without the imposition of costs and attorney fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as Banco Popular has not answered the second amended complaint.  The Companies are not requesting the dismissal of the claims filed by the individual plaintiffs in this action.

I hereby certify that on this same date, a true and exact copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of July 2025.

**ABESADA LAW OFFICES**
Counsel for GFC Holdings, LLC and
Biomass Green Fuels LLC
1357 Ashford Ave. 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
ra@abesada.com