**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Gregory Boyd, et. al. | Civil No.: 24-cv-1569 (PAD) |
| Plaintiffs | |
| v. | |
| Banco Popular de Puerto Rico | |
| Defendant | |

### NOTICE OF FILING OF EXHIBITS IN SUPPORT OF ECF NO. 62

**TO THE HON. PEDRO A. DELGADO-HERNÁNDEZ, U.S. DISTRICT JUDGE:**

GFC Holdings Limited Liability Company and Biomass Green Fuels, LLC respectfully enclose as Exhibit 1 the Operating Agreements, as amended, and as Exhibit 2 the letter dated June 19, 2025 from Picó Advisors LLC to Jane Becker, Esq., in support of their motion filed at ECF No. 62.

I hereby certify that on this same date, a true and exact copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of July 2025.

**ABESADA LAW OFFICES**
Counsel for GFC Holdings, LLC and
Biomass Green Fuels LLC
1357 Ashford Ave. 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
ra@abesada.com