PICO LLC
A D V I S O R S

June 19, 2025

<u>**VIA ELECTRONIC CORRESPONDENCE**</u>:

Jane A. Becker Whitaker, Esq.
Becker & Vissepó, P.S.C.
1225 Ave. Ponce de León Suite 1102
San Juan, PR 00907
janebeckerwhitaker@yahoo.com
jbecker@caribe.net

Dear Ms. Becker:

We issue this communication on behalf of GFC Holdings Limited Liability Company, a Puerto Rico limited liability company (the "Company"), as its corporate counsel and pursuant to a request from Attorney Roberto Abesada, Esq., the Company's litigation counsel, and the Company's Board of Managers. It is intended to clarify that there have been no changes to the composition of the Company's Board of Managers and that certain purported actions pertaining to the Company's governance - whether amending the Operating Agreement (as defined below), appointing or removing Managers, or revoking prior managerial decisions, including changes to the Company's legal strategy or legal representation in ongoing litigation - are null and void, as the process for their alleged approval does not comport with the requirements set forth in the Company's Operating Agreement.

We have been made aware that certain individual members of the Company, who hold common units of membership interest therein, have made or caused to be made certain representations to third-parties, including assertions of changes to the Company's corporate governance (i. e. changes to the composition of the Board of Managers and subsequent reversals of prior Board of Managers decisions), which are false or misleading.

The Company's governance structure is established by its Second Amended and Restated Operating Agreement dated October 20, 2021, as amended by a First Amendment dated May 22, 2023, a Second Amendment dated August 25, 2023, and a Third Amendment dated September 18, 2024 (collectively, the "Operating Agreement"). The documents circulated by the aforementioned common unit holders (including a Written Consent dated June 13, 2025) fail to satisfy the requirements of the Operating Agreement pertaining to amendment of its terms. Accordingly, any purported amendments to the Operating Agreement are ineffective and any actions predicated upon such amendments are invalid and unenforceable.

In addition, the Operating Agreement provides that the Company is to be managed exclusively by its Board of Managers. The documents circulated by the aforementioned common unit holders reflect actions by a group of members of the Company, whose manner of approval is in direct contravention of the management provisions of the Operating Agreement. Managerial actions purportedly taken by any individual member on behalf of the Company without the authorization of the Board of Managers are both procedurally and substantively defective. As such, all managerial actions allegedly authorized pursuant to the Written Consent dated June 13, 2025 are ultra-vires and, consequently, null and void and without any legal effect on the Company. Moreover, any action intended to mislead a third-party into believing otherwise and to cause such third-party to act in reliance thereon is a fraudulent misrepresentation, for the consequences of which the persons making the misrepresentation will be wholly liable under applicable civil and criminal law.

P.O. Box 270445 • San Juan, Puerto Rico 00928 • 787.999.9001



Jane A. Becker Whitaker, Esq.
Becker & Vissepó, P.S.C.
June 19, 2025
Page 2

We reiterate that, contrary to the statements made by certain holders of common membership interests in the Company last week, there has been no amendment to the Company's Operating Agreement, the management of the Company lies exclusively with its Board of Managers, the current composition of such Board of Managers is consistent with the provisions of the Operating Agreement and remains unchanged since March 31, 2025, any and all managerial decisions of the Company need to be approved by the Board of Managers, and any contrary assertions by individual members have no effect under the Operating Agreement and may expose any members making such assertions to civil and criminal liability.

Cordially,

Guillermo R. Picó

c:      Members of the Board of Managers of
        GFC Holdings Limited Liability Company

        Roberto Abesada, Esq.