**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| GREGORY BOYD, JONATHAN LASSERS,BIOMASS GREEN FUELS, LLC, GFC HOLDINGS, LLC<br><br>Plaintiffs,<br><br>**vs.**<br><br>BANCO POPULAR DE PUERTO RICO<br><br>Defendant | CIVIL NO.: 24-CV-01569 (PAD)<br><br>FOR:<br><br><br>Bank Holding Company Act Anti-Tying Claim<br><br><br><br>JURY DEMAND: TO BE SEEN BY JURY |

**NOTICE TO INTENT TO RESPOND TO DOCKET ENTRIES
62, 63, 64, AND 65**

**TO THE HONORABLE COURT:**

Plaintiffs Biomass Green Fuels, LLC, GFC Holdings, LLC, Gregory Boyd and Jonathan Lassers, by and through their undersigned attorneys very respectfully

**STATE, ALLEGE, AND PRAY**:

1. Plaintiffs very respectfully inform this Honorable Court that they intend to respond to Docket Entries 62, 63, 64, and 65

2.

**WHEREFORE**, Biomass Green Fuels, LLC, GFC Holdings, LLC, Gregory Boyd and Jonathan Lassers very respectfully ask this Honorable Court to take note of the above.

Dated July 11, 2025

1

**Respectfully submitted,**

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel.(787) 585-3824
E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

S/ Luis E. Miñana/
**Luis E. Miñana, Esq.**
PR RUA No. 16297 USDC-PR No. 225608
**ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC.**
122 Calle Manuel Dómenech Altos Urb. Baldrich
San Juan, PR  00918
minanalaw@yahoo.com  www.securitiesatty.com
Tel.:  (787) 758-1999 Mob. (787) 402-2226

S/Jean Paul Vissepó Garriga/
**JEAN PAUL VISSEPÓ GARRIGA**
USDC No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel.(787) 633-9601
E-mail: jp@vissepolaw.com

**I hereby certify that I have filed this motion with the Court's ecf system, which system will notify all counsel of record.**

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914 Tel.(787) 585-3824
E-mail: jbw@beckervissepo.com janebeckerwhitaker@gmail.com