IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREGORY BOYD, et al.,

Plaintiffs,                                        CIVIL NO. 24-1599 (PAD)

v.

BANCO POPULAR DE PUERTO RICO,

Defendant.

**MOTION TO WITHDRAW NOTICE OF DISMISSAL**

**TO THE HONORABLE COURT**:

**COME NOW** Plaintiffs Gregory Boyd, Jonathan Lassers, GFC Holdings, LLC ("GFC"), and Biomass Green Fuels, LLC ("BGF") (collectively, the "Companies"), through undersigned counsel, and respectfully state and pray:

1. Roberto Abesada, Esq., acting on the behest of the Board of Managers of the Companies has filed a Notice of Dismissal of this case. As the undersigned has argued in the Opposition to those same people's Motion to Strike the Complaint and its Exhibits, Docket 76, the majority of the members are acting in the best interests of the Companies, while the Board of Managers seeks only to preserve their own self dealing transaction. Since the members of the Board of Managers have fiduciary duties to act in the best interest of all the members and not just in their own self interest, *see generally Ariuga Capital v. Gatz Properties, LLC,* 40 A.2d 839, 850 (Del. 2012), and the Board of Managers has violated those duties, the determination of the majorities of the Companies should prevail, and this case should proceed because litigating it is in the best interest of the companies.

2. The undersigned very respectfully ask this Court to consider this request in the context of the Opposition to the Motion to Strike and incorporates those arguments by reference.

**WHEREFORE,** Plaintiffs very respectfully asks this Honorable Tribunal to permit GFC Holdings, LLC and Biomass Green Fuels, LLC to withdraw the Notice of Dismissal filed by Atty. Abesada.

Respectfully submitted in San Juan, Puerto Rico this 26th day of July 2025.

/s/ Jane Becker Whitaker
JANE BECKER WHITAKER
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel: (787) 585-3824
E-mail: bw@beckervissepo.com
janebeckerwhitaker@gmail.com

/s/ Luis E. Miñana
LUIS E. MIÑANA, ESQ.
PR RUA No. 16297
USDC-PR No. 225608
ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC
122 Calle Manuel Domenech Altos Urb. Baldrich
San Juan, PR 00918
minanalaw@yahoo.com
www.securitiesatty.com
Tel.: (787) 758-1999
Mob.: (787) 402-2226

/s/ Jean Paul Vissepo Garriga
JEAN PAUL VISSEPÓ GARRIGA
USDC No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel: (787) 633-9601
E-mail: jp@vissepolaw.com

Dated: July 25, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all counsel of record.

/s/ Jane Becker Whitaker