| | |
|---|---|
| Gregory Boyd, et. al. | Civil No.: 24-cv-1569 (PAD) |
| Plaintiffs | |
| v. | |
| Banco Popular de Puerto Rico | |
| Defendant | |

## <u>INFORMATIVE MOTION REGARDING ECF NO. 62</u>

**TO THE HON. PEDRO A. DELGADO-HERNÁNDEZ, U.S. DISTRICT JUDGE:**

GFC Holdings Limited Liability Company and Biomass Green Fuels LLC respectfully inform as follows:

1. In further support of the appearing parties' motion to strike at ECF No. 62, the Honorable Court may take notice of the enclosed documents.

2. The first document is a "GFC Holdings Limited Liability Company Written Consent of the Board of Managers" dated March 21, 2025 authorizing the engagement of the undersigned.

3. The second document is a memorandum dated July 21, 2025 from the Board of Managers of GFC Holdings Limited Liability Company to all of its members.  This is the Board of Manager's response to the alleged "Written Consent of Members" (e.g., ECF No. 47-1) dated June 13, 2025 and July 3, 2025.

WHEREFORE, the appearing companies respectfully request the Honorable Court to take notice of the above and of the enclosed corporate documents.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, a true and exact copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of August 2025.

**ABESADA LAW OFFICES**
Counsel for GFC Holdings, LLC and
Biomass Green Fuels LLC
1357 Ashford Ave. 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131
ra@abesada.com


*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
