# GFC HOLDINGS LIMITED LIABILITY COMPANY
## WRITTEN CONSENT
## OF THE BOARD OF MANAGERS

The undersigned, constituting not less than a majority of the current members of the Board of Managers (the "Board") of GFC HOLDINGS LIMITED LIABILITY COMPANY, a limited liability company duly organized and existing under the laws of the Commonwealth of Puerto Rico (the "Company"), acting pursuant to the Puerto Rico General Corporations Act of 2009, as amended, and the Company's Second Amended and Restated Limited Liability Company Agreement dated October 20, 2021, as amended by the First Amendment to Second Amended and Restated Operating Agreement dated May 22, 2023, the Second Amendment to Second Amended and Restated Operating Agreement dated August 25, 2023, and the Third Amendment to Second Amended and Restated Operating Agreement dated September 18, 2024, and as may be further amended from time to time (the "Operating Agreement"), do hereby adopt, approve, vote for and consent to the following:

WHEREAS, the Company is the sole member of Biomass Green Fuels LLC ("Biomass" and together with the Company, the "Companies");

WHEREAS, pursuant to Biomass' Second Amended and Restated Limited Liability Company Agreement dated September 11, 2023, Biomass is managed by its sole member, the Company, acting through the Board;

WHEREAS, it is in the best interest of the Companies to engage legal representation in connection with their pending litigations (other than certain ongoing labor litigation, for which Luis Palou Balsa, of Nolla Palou & Casellas, has been previously engaged);

NOW THEREFORE, the Board hereby adopts the following resolutions:

BE IT RESOLVED, that the Board hereby approves the engagement of AB-AG LAW LLC to represent the Companies in all pending litigations, and authorizes the Authorized Signatory to negotiate, execute and deliver any agreement, letter of engagement or related documents necessary to formalize such representation, with such terms as the Authorized Signatory may determine to be in the best interest of the Companies; and be it

FURTHER RESOLVED, that any and all actions heretofore taken by the Authorized Signatory in connection with the matters contemplated by the foregoing resolutions, which actions would have been authorized by the foregoing resolutions if taken after the adoption thereof, be, and they hereby are, in all respects ratified, approved and confirmed.

IN WITNESS WHEREOF, the undersigned members of the Board of Managers of the Company have executed this written consent to action as of this 21 day of March, 2025.


_____          _____          _____
Alexander Borschow                    Olmar López Vidal                         Javier Feliciano