# EXHIBIT 3

**THIRD AMENDMENT TO SECOND AMENDED AND RESTATED
OPERATING AGREEMENT OF
GFC HOLDINGS LIMITED LIABILITY COMPANY**

This **THIRD AMENDMENT TO THE SECOND AMENDED AND RESTATED OPERATING AGREEMENT** (this "Amendment") is made as of the 18th day of September, 2024 (the "Effective Date") by and among the entities and the persons whose signatures appear on the signature page hereof as the "Members", and each individually, a "Member", who represent the Majority Approval of the Members and the holders of a majority of the Series A Preferred Units outstanding of **GFC HOLDINGS LIMITED LIABILITY COMPANY**, a limited liability company organized and existing under the laws of the Commonwealth of Puerto Rico (the "Company").

**WHEREAS**, the Company operates pursuant to that certain Second Amended and Restated Limited Liability Company Agreement dated as of October 20, 2021, as amended by the First Amendment to Second Amended and Restated Operating Agreement dated as of May 22, 2023, and as further amended by the Second Amendment to Second Amended and Restated Operating Agreement dated August, 25, 2023 (the "Operating Agreement");

**WHEREAS**, the Company is facing critical issues that severely affect the financial viability of the Company and the possibility to remain a going concern;

**WHEREAS**, these critical issues demand that the terms of the Operating Agreement be clarified and confirmed to ensure the proper operation of the Board of Managers of the Company,

**WHEREAS**, pursuant to Section 11.3 of the Operating Agreement, the Operating Agreement may be amended by the written approval of the Majority Approval of the Members and the holders of a majority of the Series A Preferred Units then outstanding;

**NOW, THEREFORE**, in consideration of the foregoing and the mutual covenants and agreements hereinafter set forth, the parties hereto agree as follows:

**Section 1.** The recitals to this Amendment are hereby incorporated by reference. All terms not defined herein shall have the meaning ascribed to such terms in the Operating Agreement.

**Section 2**. Management Generally. Sections 6.1(c) of the Operating Agreement is hereby amended to read as follows:

> **Section 6.1 Management Generally.**
>
> (a)....
>
> (c) As of the Effective Date and while any Series A Preferred Units are held by Semillero, PRFG, VRM, Parliament or Flexitank (or their transferees pursuant to a Permitted Transfer or as otherwise allowed under this Agreement), the Board

of Managers shall consist of up to seven (7) managers of which none shall be a Disqualified Person and: (i) one (1) representative may be designated by the Founding Members as provided by Section 6.1(b) above ("**Founding Members' Manager**"), (ii) one (1) representative may be designated by Semillero (for so long as it, or a transferee pursuant to a Permitted Transfer or as otherwise allowed under this Agreement, holds Series A Preferred Units) ("**Semillero Manager**"), (iii) one (1) representative may be designated by PRFG (for so long as it, or a transferee pursuant to a Permitted Transfer or as otherwise allowed under this Agreement, holds Series A Preferred Units) ("**PRFG Manager**"), (iv) one (1) representative may be designated by VRM (for so long as it, or a transferee pursuant to a Permitted Transfer or as otherwise allowed under this Agreement, holds Series A Preferred Units) ("**VRM Manager**"), (v) one (1) representative may be designated jointly by Parliament and Flexitank (for so long as either of them, or a transferee of either pursuant to a Permitted Transfer or as otherwise allowed under this Agreement, holds Series A Preferred Units) ("**PF Manager**"), (vi) one (1) representative may be designated by the holders of a majority of the Series A Preferred Units then outstanding ("**Preferred Manager**"), and (vii) one (1) manager may be designated by the Founding Members' Manager, the Semillero Manager, the PRFG Manager, the VRM Manager, the PF Manager and the Preferred Manager, which manager shall be an Independent Manager of the Board of Managers. Each Manager elected, designated, or appointed by the Members shall not be a Disqualified Person and shall hold office until a successor is elected and qualified or until such Manager's earlier death, resignation, expulsion, or removal. Nothing contained in this Agreement shall be interpreted as requiring a specific number of managers in the Board of Managers to manage the Company, as long as there is at least two (2) managers and there are no more than seven (7) managers.

This document may be executed in any number of counterparts and by different members in different counterparts.

*[SIGNATURE PAGE FOLLOWS]*

2

**IN WITNESS WHEREOF**, the undersigned hereby approve and ratify the Amendment as of the date above written.

**OLMAR LÓPEZ-VIDAL**

_____

**JOHN RICHARDSON**

_____

**GREGORY BOYD**

_Greg Boyd_
_____

**PUERTO RICO FUND FOR GROWTH, L.P.**

By: _Ernesto Villarini_
_____

Name: Ernesto Villarini

Title: Authorized Representative

**JONATHAN LASSERS**

_____

**THE COMMUNITY DEVELOPMENT VENTURE CAPITAL ALLIANCE, INC.**

By: _Ernesto Villarini_
_____

Name: Ernesto Villarini

Title: Authorized Representative

**SEMILLERO INVESTMENT FUND I, LLC**

By: _Alex Borschow_
_____

Name: Alexander Borschow

Title: Authorized Representative

**VRM PENZINI FUND I L.L.C.--RENEWABLE SERIES II, represented by its Manager VRM Penzini Capital L.L.C.**

By: _____

Name: Carlos Penzini

Title: Managing Partner

**OLMAR LÓPEZ GÓMEZ**

_Olmar Lopez-Gomez_
_____

**JOHN DUMAS**

_____

**FLEXITANK, INC.**

By: _____

Name:

Title: Authorized Representative

**PARLIAMENT CAPITAL SERIES II, LLC-SERIES F**

By: _____

Name:

Title: Authorized Representative

3