# Exhibit 3

March 31, 2025

<u>**VIA EMAIL**</u>

To: Members of GFC Holdings Limited Liability Company

Re: Notice of Closing of Asset Acquisition Agreement and Update on Board of Managers Designations

Dear Members,

The undersigned, as Authorized Signatory of GFC Holdings Limited Liability Company ("GFC") and Biomass Green Fuels LLC ("BGF" and, together with GFC, the "Companies"), pursuant to that certain Written Consent of the Board of Managers of GFC (the "Board") dated January 31, 2025, and as a member of such Board, hereby formally confirms that, on February 7, 2025, the Asset Acquisition transaction involving the transfer of substantially all of the assets of BGF to Humacao RNG, L.L.C. was successfully closed.

Pursuant to the terms of the transaction agreement, certain funds have been deposited into an escrow account for the benefit of the Companies, and the Companies are actively monitoring all remaining post-closing obligations and milestones.

Please also be advised that, now that the Asset Acquisition has been completed, VRM Penzini Fund I L.L.C. – Renewable Series II has designated Javier Feliciano, Esq. as the VRM Manager on the Board in accordance with the terms of Section 6.1 (c) of GFC's Second Amended and Restated Operating Agreement, as amended.

Additionally, the holders of a majority of the Series A Preferred Units have designated Juan Goytía as the Preferred Manager pursuant to the terms of Section 6.1 (c) of GFC's Second Amended and Restated Operating Agreement, as amended.

Accordingly, effective as of the date of this communication, the Board of Managers of GFC is composed of the following individuals:

1. Olmar Lopez Vidal – Founding Members' Manager
2. Alexander Borschow – Semillero Manager
3. Javier Feliciano – VRM Manager
4. Juan Goytía – Preferred Manager

Cordially,

Alexander Borschow
Authorized Signatory and
Member of the Board of Managers of
GFC Holdings Limited Liability Company