**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

GREGORY BOYD; <u>ET AL.</u>,

    **Plaintiff,**

      **v.**                            **CIVIL NO. 24-1569 (PAD)**

**BANCO POPULAR DE PUERTO RICO,**

    **Defendant.**

**JUDGMENT**

In accordance with the Opinion and Order issued today (Docket No. 131), judgment is hereby entered dismissing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of December, 2025.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge