**SWORN STATEMENT OF JONATHAN LASSERS**

I, Jonathan B. Lassers, of legal age, business executive, single, and resident of Punta del Este, Uruguay, swear and subscribe that I have read the Proposed Third Amended Complaint in 24-1569(PAD), and that all the facts stated therein are true and correct to the best of my knowledge, information, and belief.

_Jonathan B. Lassers_
Jonathan B. Lassers

Sworn and subscribed before me by Jonathan B. Lassers of the above described personal circumstances, who I have identified through        US Passport                                this 19th day of

January 2026 in    State of Nevada    County of Clark

Aff. Num.   24-5583-01

NOTARY PUBLIC

> Natasha S Samuels
> NOTARY PUBLIC
> STATE OF NEVADA
> Appt. No. 24-5583-01
> Expires January 11, 2028

Notarized remotely using audio-video communication technology via Proof.