## SWORN STATEMENT OF GREGORY BOYD

I, Gregory Boyd, of legal age, business executive, single, and resident of Humacao, Puerto Rico swear and subscribe that I have read the Proposed Third Amended Complaint in 24-1569(PAD), and that all the facts stated therein are true and correct to the best of my knowledge, information, and belief.

_____

Gregory Boyd

Sworn and subscribed before me by Gregoy Boyd of the above described personal circumstances, who I have identified through *personal acquaintance* this 19th day of January 2026 in Humacao, Puerto Rico.

Aff. Num. 28,987

_____
NOTARY PUBLIC

Rita Molinelli
Lifetime lic 5330