IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GREGORY S. BOYD;** *Et ALS.* <br> **Plaintiffs** <br><br> vs. <br><br> **BANCO POPULAR DE PUERTO RICO** <br> **Defendant** | CIVIL NÚM.: 24-cv-1569 (PAD) <br><br> ANTI TYING-12 U.S.C. § 1972 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

COME NOW, the Plaintiffs, Gregory Boyd and Jonathan Lassers, individually and derivatively on behalf of Biomass Green Fuels, LLC ("BGF") and GFC Holdings, LLC ("GFC"), by and through their undersigned counsel, and very respectfully state and pray:

1. Plaintiffs notify this Court that they are appealing its orders at Dockets 131, Opinion and Order Dismissing Case and Docket 140, Order Denying Motion for Reconsideration and for Leave to Amend the Complaint.

**WHEREFORE**, the appearing Plaintiffs respectfully request the Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 1st day of April 2026.

/s/ Jane A. Becker Whitaker
JANE A. BECKER WHITAKER
USDC No. 205110
P.O. Box 9023914
Urb. Baldrich, San Juan, PR 00902-3914
Tel: (787) 585-3824
Email: janebeckerwhitaker@gmail.com

/s/ Jean Paul Vissepó Garriga
JEAN PAUL VISSEPÓ GARRIGA
USDC No. 221504
P.O. Box 367116
Urb. Baldrich, San Juan, PR 00936-7116
Tel: (787) 633-9601

Email: jp@vissepolaw.com

/s/ Luis E. Miñana
LUIS E. MIÑANA, ESQ.
USDC-PR No. 225608
ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC
123 Calle Manuel Domenech Altos
Urb. Baldrich, San Juan, PR 00918
Email: minanalaw@yahoo.com
Tel: (787) 758-1999

**CERTIFICATE OF SERVICE**

I  hereby certify that on this date, we have presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will notify all counsel of record.

/s/ Jane A. Becker Whitaker
JANE A. BECKER WHITAKER